**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS  NV  89101
Ph:  (702) 444-4392
Fax: (702) 444-4455
Email: rick@richardharrislaw.com
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DESIREE M. YOUSHOCK, | Case No.  2:12-cv-00700-MMD-GWF |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION TO REMAND AND CROSS-MOTION TO AFFIRM (FIRST REQUEST) |
| vs. | |
| MICHAEL J. ASTRUE COMMISSIONER OF SOCIAL SECURITY | |
| Defendants. | |

   Comes now Plaintiff, by and through her attorney, RICHARD HARRIS, ESQ., and requests a forty-five (21) day extension of time, to file the **REPLY TO  RESPONSE TO MOTION TO REMAND AND CROSS-MOTION TO AFFIRM.**

   Plaintiff's current deadline to file the **REPLY TO  RESPONSE TO MOTION TO REMAND AND CROSS-MOTION TO AFFIRM** is December 22, 2012.  (Docket #14)

   Via email, opposing counsel agreed to the Request and has no objection to the extension.

/ / /

/ / /

     It is therefore respectfully requested that Plaintiff be granted a forty-five (45) day extension of time to file the **REPLY TO RESPONSE TO MOTION TO REMAND AND CROSS-MOTION TO AFFIRM** up to and including January 14, 2013.

DATED this 10th day of December 2012.      DATED this 10th day of December 2012.

/s/ *Richard A. Harris*  
**RICHARD A. HARRIS, ESQ.**  
Nevada State Bar No. 505  
RICHARD HARRIS LAW FIRM  
801 S FOURTH ST.  
LAS VEGAS  NV  89101  
Ph:  (702) 444-4392  
Fax:  (702) 444-4455  
Email: rick@richardharrislaw.com  
Attorney for Plaintiff

/s/ *Carlos a. Gonzalez*  
(As authorized via email)

**DANIEL G. BOGDEN**  
United States Attorney  
District of Nevada  
Nevada State Bar No. 2197  
**CARLOS A. GONZALEZ**  
Assistant United States Attorney  
333 Las Vegas Blvd. So., #5000  
Las Vegas, Nevada 89101  
Ph:  (702) 388-6336  
Fax: (702) 388-6787  
E-mail: Carlos.Gonzalez2@usdoj.gov  
Attorneys for the United States

**IT IS SO ORDERED.**

_____  
**GEORGE FOLEY, JR.**  
**United States Magistrate Judge**

**DATED:   December 11, 2012**