# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESIREE M. YOUSHOCK,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>　　　　　　　Defendant. | Case No. 2:12-cv-00700 -APG-GWF<br><br>**Order Approving Finding and Recommendation** |

On April 5, 2013, Magistrate Judge George Foley entered his Finding and Recommendation [Dkt #21]. Magistrate Judge Foley recommended that Plaintiff's Motion for Remand [Dkt #12] be denied. Magistrate Judge Foley further recommended that Defendant's Cross-Motion to Affirm [Dkt #14] be granted.

Pursuant to Local Rule IB 3-2, any objection to the Magistrate Judge's findings and recommendations must be filed within 14 days from the date of service. No objection has been filed.

Based upon the Findings set forth by the Magistrate Judge and the failure to file any objection thereto,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Finding and Recommendation is adopted and approved in its entirety.

Dated: May 20, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE